JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
CHRISTINA M. LE (SBN 237697)
JESENIA A. MARTINEZ (SBN 316969)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice St., Suite 200
Los Angeles, CA 90066
Telephone:  (310) 507-7924
Fax:  (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*
*christina@kristensenlaw.com*
*jesenia@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

## THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VALENTINA HIGGINS, individually and on behalf of all others similarly situated, | Case No.2:18−cv−05691−RGK−MAA |
| Plaintiff, | **CLASS ACTION** |
| vs. | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| ENAGIC USA, INC., | |
| Defendant. | Assigned to Hon. R. Gary Klausner |
| | Complaint filed: June  27, 2018 |

///

///

///

///

1 | **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR**

2 | **ATTORNEYS OF RECORD:**

3 |     The undersigned, counsel of record for Plaintiff Valentina Higgins, hereby

4 | gives notice that this entire case has been settled. The settlement is conditional

5 | and based upon the execution of the settlement agreement and other acts. A

6 | Notice of Dismissal, will be filed within 15 days, or otherwise at such further

7 | time as may be ordered by this Court.

8 |     The initial pleading in the action was filed in the United States District

9 | Court for the Central District of California on or about June 27, 2018.

10

11 | Dated:  September 10, 2018      Respectfully submitted,

12 |         By:  */s/ John P. Kristensen*

13

14 |     John P. Kristensen (SBN 224132)
    *john@kristensenlaw.com*

15 |     **KRISTENSEN WEISBERG, LLP**
    12540 Beatrice St., Suite 200

16 |     Los Angeles, CA 90066
    Telephone:  (310) 507-7924

17 |     Fax:  (310) 507-7906

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT OF ENTIRE CASE**
**-2-**

## CERTIFICATE OF SERVICE

I certify that on Monday, September 10, 2018, a true and correct copy of the attached NOTICE OF SETTLEMENT OF ENTIRE CASE was served via ECF upon the following parties pursuant to Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE:

**Lawrence B Steinberg**
Buchalter APC
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA 90017-2457
213-891-0700
Fax: 213-896-0400
Email: lsteinberg@buchalter.com

**Mark T Cramer**
Buchalter Nemer APC
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA 90017
213-891-0700
Fax: 213-630-5606

**Counsel for Defendant**

By:  */s/ Vanessa Brahm*
        Vanessa Brahm