JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
CHRISTINA M. LE (SBN 237697)
JESENIA A. MARTINEZ (SBN 316969)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice St., Suite 200
Los Angeles, CA 90066
Telephone:  (310) 507-7924
Fax:  (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*
*christina@kristensenlaw.com*
*jesenia@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VALENTINA HIGGINS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>ENAGIC USA, INC.,<br><br>　　　　　Defendant. | Case No. 2:18−cv−05691−RGK−MAA<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[Fed. R. Civ. Pro., Rule 41(a)(1)(A)(i)]** |

*///*

*///*

*///*

*///*

**NOTICE OF VOLUNTARY DISMISSAL**

**-1-**

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff Valentina Higgins dismisses her individual claim with prejudice, and the class claims without prejudice. Although this case was filed as a class action, no class has been certified, and court approval of this dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Dated: September 11, 2018    Respectfully submitted,

By: */s/ John P. Kristensen*

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice St., Suite 200
Los Angeles, CA 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906

## CERTIFICATE OF SERVICE

I certify that on Tuesday, September 11, 2018, a true and correct copy of the attached NOTICE OF VOLUNTARY DISMISSAL was served via ECF upon the following parties pursuant to Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE:

**Lawrence B Steinberg**
Buchalter APC
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA 90017-2457
213-891-0700
Fax: 213-896-0400
Email: lsteinberg@buchalter.com

**Mark T Cramer**
Buchalter Nemer APC
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA 90017
213-891-0700
Fax: 213-630-5606

**Counsel for Defendant**

By: */s/ Vanessa Brahm*
      Vanessa Brahm